(Real Party In Interest Sonicwall, Inc.).

No. 2011–1250.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2012.

LEDERGERBER MEDICAL INNOVATIONS, LLC and Dr. Walter Ledergerber, Plaintiffs–Appellants,

v.

W.L. GORE & ASSOCIATES, INC., Defendant–Appellee.

No. 2011–1379.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2012.

Christopher J. Lee, Niro, Haller & Niro, of Chicago, IL, argued for plaintiffs-appellants. With him on the brief were Richard B. Megley, Robert A. Conley and Christopher W. Niro.

Harry C. Marcus, Locke Lord Bissell & Liddell, LLP, of New York, NY, argued for defendant-appellee. With him on the brief were Joseph A. Farco; and Matthee K. Blackburn, of San Francisco, CA. Of counsel on the brief were John S. Campbell and Carol A. Lewis White, W.L. Gore & Associates, Inc., of Newark, DE.

Before RADER, Chief Judge,
NEWMAN and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**